IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICANWAY MANAGEMENT ) <br> CORPORATION, and ) <br> JANIS NOWAK, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:16-cv-26 |

**ORDER DISCHARGING THE RECEIVER**

This matter has come before the Court upon the United States' motion to discharge the Receiver. (Doc. 33.) The United States has informed the Court that, as required by paragraph 2 of the Order Modifying the Permanent Injunction, the defendants' properties at issue have been sold and the defendants are no longer in business. (*See* Doc. 32.) Therefore, the purpose of the receivership—*i.e.* assuming limited financial control of defendant AmericanWay Management Corporation and the community-based living facilities owned and operated by defendant Janis Nowak—is now moot.

Accordingly, it is hereby **ORDERED** that

1. The Receiver's actions in this Case are approved and the Receiver is discharged.

2. The Receiver may destroy any business records of the Companies remaining in her possession and control.

//
//
//

It is **FURTHER ORDERED** that the Clerk shall mail this Order Discharging the Receiver to: (1) AmericanWay Management Corporation, 621 Latton Lane, Portage, WI 53901; and (2) Janis Nowak, 758 Waterview Drive, Round Lake Park, IL 60073.

It is so ordered this 2ND day of MAY, 2018.

_____
JAMES D. PETERSON
United States District Judge